UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA EVETTE MOODY,<br>   Plaintiff,<br> v.<br>CAROLYN W. COLVIN,<br>   Defendant. | Case No. 16-cv-03646-SI<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

Pursuant to Local Rule 72-1 and the consent of the parties (Dkt. Nos. 3, 9), this matter is referred for random assignment of a Magistrate Judge for all purposes including entry of judgment.

**IT IS SO ORDERED.**

Dated: July 29, 2016

_____
SUSAN ILLSTON
United States District Judge